NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLEMING SMITH, | No. C 09-03537 JW (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CALIFORNIA DEPT. OF CORRECTIONS & REHABILITATION, et al., | |
| Defendant(s). | |

Plaintiff, a California inmate currently incarcerated at the Deuel Vocational Institution in Tracy, has filed a civil rights complaint under 42 U.S.C. § 1983. Plaintiff initiated an earlier § 1983 action in Case No. 09-03146 JW (PR), by filing a motion for appointment of counsel. Because plaintiff did not submit a complaint or petition with the motion, the clerk sent plaintiff a notice to do so within thirty days or face dismissal of the action. See C 09-03146 JW (PR) (Docket No. 2).

On August 3, 2009, plaintiff filed a complaint which was opened as the above entitled action, although plaintiff clearly indicated Case No. C 09-03146 JW on the complaint. (Compl. at 1.) Clearly, the instant action was opened in error and at no

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.09\Smith03537_dism.wpd

1  fault of plaintiff. Accordingly, this action is DISMISSED without prejudice.

2      The clerk shall file a copy of the complaint in the instant action into Case No.
3  C 09-03146 JW (PR), and indicate the filing date as of August 3, 2009.  The clerk
4  shall also file the In Forma Pauperis Application from the instant action, (Docket
5  Nos. 3 and 4), into Case No. C 09-03146 JW (PR) with the proper filed date.

6      The clerk shall terminate all pending motions and close the file.

8  DATED:  October 19, 2009

                                   JAMES WARE
                                   United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLEMING SMITH III,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | Case Number: CV09-03537 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on      10/26/2009      , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fleming Smith P21021
Deuel Vocational Institution
P. O. Box 600
Tracy, Ca 95378-0600

Dated:      10/26/2009

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　/s/  By: Elizabeth Garcia, Deputy Clerk